**FOR THE NORTHERN DISTRICT OF CALIFORNIA,**

**OAKLAND DIVISION**

| | |
|---|---|
| BIOZONE LABORATORIES, INC. <br><br> Plaintiff, <br><br> v. <br><br> NEXT STEP LABORATORIES CORP. and RICHARD RIGG <br><br> Defendant. <br><br> NEXT STEP LABORATORIES CORP. <br><br> Counter-claimant. <br><br> v. <br><br> BIOZONE LABORATORIES, INC., a California corporation; and RICHARD FISCHLER, and Individual, <br><br> Counter-defendants, | CIVIL ACTION NO. 5:17-CV-02768-NC <br><br> **[PROPOSED] ORDER GRANTING DISMISSAL** |

Plaintiff BioZone Laboratories, Inc., Counterclaim-Defendant Richard Fischler and Defendant/Counter-claimant Next Step Laboratories Corp., and Defendant Richard Rigg have announced to the Court that they have settled their respective claims and counterclaims for relief asserted in this action under a private agreement whose terms are confidential, but which does include an agreed permitted non-confidential statement. The Court, having considered this request, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that all claims and counterclaims asserted in this action are hereby dismissed with prejudice, with the Court retaining jurisdiction to enforce the terms of the Agreement; and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and

expenses shall be borne by each party incurring the same.

IT IS SO ORDERED.

DATED: ___August 31, 2018___  _____
Honorable Nathanael M. Cousins
United States Magistrate Judge

